UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY DRIVER, JR.,

        Plaintiff,

    v.

DHILLON,

        Defendant.

No.  2:26-cv-0984 WBS AC P

ORDER

By an order filed April 2, 2026, plaintiff was ordered to file an affidavit in support of a request to proceed in forma pauperis or to submit the required filing fee totaling $405.00 within thirty days of the order and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 5. The thirty-day period has now expired, and plaintiff has not filed an application, paid the fees, or otherwise responded to the court's order.  Plaintiff will be given one final opportunity to submit an application or pay the fee.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: May 18, 2026

allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE